
Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 11/20/2013



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
DAINON TARQUINIUS SIDNEY, ) Bk. No. **13-09063-KL3-13**
605 Lakemeade Pointe ) Chapter 13
Old Hickory, TN 37138 ) Judge Keith M. Lundin
SSN: XXX-XX-7845 )
          Debtor(s). )

<u>ORDER DENYING DEBTOR'S APPLICATION TO EXTEND
THE AUTOMATIC STAY</u>

       This matter came to be heard on November 13, 2013 upon the debtor's Application for an Order Extending the Automatic Stay pursuant to 11 U.S.C. § 362(c)(3). At the call of the docket, debtor's counsel was present but indicated that the debtor could not pursue the Application to Extend the Stay in light of the Trustee's opposition. Based upon this announcement, it is

       ORDERED, the debtor's Application for an Order Extending the Automatic Stay pursuant to § 362(c)(3) is denied.

       THIS ORDER WAS SIGNED AND ENTERED
       ELECTRONICALLY AS INDICATED AT THE
       TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com

CERTIFICATE OF SERVICE

       I, the undersigned, hereby certifies that on or before the 19th day of November, 2013, a true and correct copy of the foregoing has been served in the following manner:

*Email by Electronic Case Noticing to:*

U. S. Trustee
Maria M. Salas, Counsel for Debtor

*By U. S. Postal Service, postage prepaid to:*

Dainon T. Sidney, 605 Lakemeade Pointe, Old Hickory, TN 37138

                                  /s/ Henry E. Hildebrand, III
                                  _____
                                  Henry E. Hildebrand, III
                                  Chapter 13 Trustee

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.