IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | DAINON TARQUINIUS SIDNEY,<br>605 LAKEMEADE POINTE<br>OLD HICKORY, TN 37138<br>SSN: XXX-XX-7845<br>Debtor | Case No. 13-09063-KML<br><br><br><br>Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Before this Court are Michael G. Clifford and Michael N. Wennerlund, who state that their legal services have been retained on behalf of Ocwen Loan Servicing, LLC herein, and enter their appearances as attorneys of record and request notice of all motions and pleadings filed in this action.

Respectfully Submitted,

/s/ Michael N. Wennerlund
Michael G. Clifford (028691)
Michael N. Wennerlund (031332)

WILSON & ASSOCIATES, P.L.L.C.
Creekside Crossing III
8 Cadillac Drive, Suite 120
Brentwood, Tennessee 37027
(615) 255-9388
Fax (615) 255-5581
mclifford@wilson-assoc.com
mwennerlund@wilson-assoc.com

Attorneys for Ocwen Loan Servicing, LLC

## CERTIFICATE OF SERVICE

On February 18, 2014, a copy of the foregoing Notice of Appearance and Request for Notice was served electronically through the electronic case filing system (ECF) upon:

| | |
|---|---|
| Mark M. Salas<br>Salas Law Group. PLLC<br>33 Music Square West, Ste. 100A<br>Nashville, TN 37203 | Henry Edward Hildebrand III<br>Trustee<br>P.O. Box 340019<br>Nashville, TN 37203-0019 |

/s/ Michael N. Wennerlund
Michael G. Clifford
Michael N. Wennerlund

W&A No. 725-243990 / Loan No. xxxxxx0876