IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
) CHAPTER 13
DAINON TARQUINIUS SIDNEY ) CASE NO: 313-09063
SSN: XXX-XX-7845 ) JUDGE: LUNDIN
605 Lakemeade Pointe )
Old Hickory, TN 37138 )
)
Debtor )

ORDER SETTING ASIDE DISMISSAL

This matter is before the court upon the debtor's motion to set aside dismissal, with notice of proposed action having been given to all necessary parties pursuant to Local Rule No. 9013-1. It appearing that no objection had been filed in writing within 21 days of the filing of the proposed action, the motion is granted as follows:

Debtor was making plan payments via payroll deduction from his employer. He has advised his attorney that he was unaware his ex-wife to failed to make the direct pay portion of the plan payments. She is helping fund the plan to keep the former marital residence where they and their son live. She remitted $8,000 to the trustee to make up for the 2 payments she failed to make. The dismissal shall be set aside the dismissal and the debtor shall be allowed to continue in his plan.

This order was signed and entered electronically as indicated at the top of the first page.

APPROVED FOR ENTRY:

*/s/ Maria M. Salas*
Maria M. Salas #015646
Salas Law Group, PLLC
Attorney for Debtor(s)
33 Music Square W, Suite 100A
Nashville, TN 37203
(615) 244-6246 (telephone)
(615) 386-3708 (facsimile)
notice@salaslawgroup.com