**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:

DAINON TARQUINIUS SIDNEY  
605 LAKEMEADE POINTE  
OLD HICKORY, TN  37138

Case No. **13-09063-KL3-13**

JUDGE KEITH M LUNDIN

SSN XXX-XX-7845

**TRUSTEE'S NOTICE OF INTENT TO PAY CLAIMS**

    Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been examined. The deadline for filing non government claims in this case was **02/24/2014**. The deadline for filing claims by governmental units was **04/14/2014**. After such examination the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| OCWEN LOAN SERVICING<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH, FL  33409 | **$1,984.41**<br>DATE FILED: 10/29/2013 | COSTED - MORTGAGE REGULAR<br>Disb level: 21<br><br>ACCT: **0876**<br>COMM: 1ST MTG CONT/605 LAKEMEADE POINTE |
| | TRUSTEE'S CLAIM NO: 1<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 3 |
| OCWEN LOAN SERVICING<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH, FL  33409 | **$65,659.55**<br>DATE FILED: 10/29/2013 | HOME MORTGAGE ARR. (E)<br>Disb level: 22<br><br>ACCT: **0876**<br>COMM: 1ST MTG ARRS/605 LAKEMEADE POINTE |
| | TRUSTEE'S CLAIM NO: 2<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 3 |
| SUNTRUST BANK<br>SUPPORT SERVICES<br>P O BOX 85092<br>RICHMOND, VA  23286 | **$717.00**<br>DATE FILED: 10/25/2013 | COSTED - MORTGAGE REGULAR<br>Disb level: 21<br><br>ACCT: **8743**<br>COMM: 2ND MTG CONT/605 LAKEMEADE POINTE |
| | TRUSTEE'S CLAIM NO: 3<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 1 |

| | | |
|---|---|---|
| SUNTRUST BANK<br>SUPPORT SERVICES<br>P O BOX 85092<br>RICHMOND, VA  23286 | **$142,614.78**<br>DATE FILED: 10/25/2013 | HOME MORTGAGE ARR. (E)<br>Disb level: 22<br><br>ACCT: **8743**<br>COMM: 2ND MTG ARRS/605 LAKEMEADE POINTE |
| | TRUSTEE'S CLAIM NO: 4<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 1 |
| VALINDA BURKS<br>605 LAKEMEADE POINTE<br>OLD HICKORY, TN  37138 | **$0.00**<br>DATE FILED: 10/23/2013 | SUPPORT/ALIMONY CONT (A)<br>Disb level: 0<br>PAID OUTSIDE<br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 5<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| UNITED STATES TREASURY<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | **$12,912.77**<br>DATE FILED: 11/01/2013 | SECURED CREDITOR (F)<br>Disb level: 21<br><br>ACCT: **7845**<br>COMM: 2006-2007 INCOME TAXES |
| | TRUSTEE'S CLAIM NO: 6<br>PERCENT ALLOWED: **100.00 % + 3.00%** | COURT'S CLAIM# 6 |
| AUSTIN PEAY STATE UNIVERSITY<br>NCO FIN<br>P O BOX 15636<br>WILMINGTON, DE  19850 | **$0.00**<br>DATE FILED: 10/23/2013 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0253**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 7<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| ALTAIR OH XIII LLC<br>WEINSTEIN PINSON AND RILEY<br>P O BOX 3978<br>SEATTLE, WA  98124 | **$1,526.79**<br>DATE FILED: 01/22/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **6331**<br>COMM: BARCLAYS BANK DELAWARE |
| | TRUSTEE'S CLAIM NO: 8<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 10 |

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS<br>223 S COLLEGE ST<br>LEBANON, TN  37087 | $0.00<br>DATE FILED: 10/23/2013 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: DISPUTED |
| | TRUSTEE'S CLAIM NO: 9<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| CHASE MANHATTAN MORTGAGE<br>P O BOX 24696<br>COLUMBUS, OH  43224 | $0.00<br>DATE FILED: 10/23/2013 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **1985**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 10<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| CREDIT FIRST NA<br>P O BOX 818011<br>CLEVELAND, OH  44181 | $876.82<br>DATE FILED: 11/26/2013 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **7845**<br>COMM: FIRESTONE |
| | TRUSTEE'S CLAIM NO: 11<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 9 |
| BANK OF NASHVILLE<br>DAVIDSON CO CHANCERY COURT<br>1 PUBLIC SQ STE 308<br>NASHVILLE, TN  37201 | $0.00<br>DATE FILED: 10/23/2013 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **0943**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 12<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| EXCEL RES LLC<br>DAVIDSON CO GEN SESS CT<br>408 2ND AVE N<br>NASHVILLE, TN  37201 | $0.00<br>DATE FILED: 10/23/2013 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **3790**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 13<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| SUNTRUST BANK<br>DAVIDSON CO GEN SESS<br>408 2ND AVE N<br>NASHVILLE, TN  37201 | $0.00<br>DATE FILED: 10/23/2013 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **C447**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 14<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| DAVIDSON COUNTY REGISTER OF DEEDS<br>501 BROADWAY STE 501<br>NASHVILLE, TN  37203 | $0.00<br>DATE FILED: 10/23/2013 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **0411**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 15<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| EXCEL ERS LLC<br>232 WESTHESTER ROAD<br>COTTONTOWN, TN  37048 | $1,242.81<br>DATE FILED: 11/11/2013 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: JUDGMENT |
| | TRUSTEE'S CLAIM NO: 16<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 8 |
| FIA CSNA BANK OF AMERICA<br>P O BOX 982235<br>EL PASO, TX  79998 | $0.00<br>DATE FILED: 10/23/2013 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5474**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 17<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| NASHVILLE ELECTRIC SERVICE<br>1214 CHURCH STREET<br>NASHVILLE, TN  37246 | $2,290.86<br>DATE FILED: 11/01/2013 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **6482**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 18<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 7 |

| | | |
|---|---|---|
| OCEAN BEACH CLUB LLC<br>932 LASKIN RD<br>VIRGINIA BEACH, VA  23451 | **$0.00**<br>DATE FILED: 10/23/2013 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 19<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| STATE FARM BANK FSB<br>ATTN BCC BANKRUPTCY<br>P O BOX 2328<br>BLOOMINGTON, IL  61702 | **$6,327.70**<br>DATE FILED: 10/30/2013 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0752**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 20<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 4 |
| STATE FARM BANK FSB<br>ATTN BCC BANKRUPTCY<br>P O BOX 2328<br>BLOOMINGTON, IL  61702 | **$26,580.88**<br>DATE FILED: 10/30/2013 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5325**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 21<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 5 |
| STATE FARM BANK FSB<br>ATTN BCC BANKRUPTCY<br>P O BOX 2328<br>BLOOMINGTON, IL  61702 | **$0.00**<br>DATE FILED: 10/28/2013 | SECURED CREDITOR (F)<br>Disb level: 0<br>SURRENDERED<br>ACCT: **0795**<br>COMM: ALL COLLATERAL |
| | TRUSTEE'S CLAIM NO: 22<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 2 |
| SUNTRUST BANK<br>P O BOX 85092<br>RICHMOND, VA  23286 | **$0.00**<br>DATE FILED: 10/23/2013 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 23<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| THE BANK OF NASHVILLE<br>401 CHURCH ST<br>NASHVILLE, TN  37219 | **$0.00**<br>DATE FILED: 10/23/2013 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0943**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 24<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| SPRINT<br>NO ADDRESS GIVEN<br>,    00000 | **$0.00**<br>DATE FILED: 10/23/2013 | COSTED - LEASE PYMT/POST PET<br>Disb level: 0<br>PAID OUTSIDE<br>ACCT:<br>COMM: CELL PHONE |
| | TRUSTEE'S CLAIM NO: 25<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| VALINDA BURKS<br>605 LAKEMEADE POINTE<br>OLD HICKORY, TN  37138 | **$0.00**<br>DATE FILED: 10/23/2013 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: COSIGNER |
| | TRUSTEE'S CLAIM NO: 26<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| UNITED STATES TREASURY<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | **$768.32**<br>DATE FILED: 11/01/2013 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5795**<br>COMM: 2008 INCOME TAX |
| | TRUSTEE'S CLAIM NO: 27<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 6 |
| WILSON AND ASSOCIATES PLLC<br>CREEKSIDE CROSSING III<br>8 CADILLAC DRIVE SUITE 120<br>Brentwood, TN  37027-7027 | **$0.00**<br>DATE FILED: 02/19/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: OCWEN LOAN |
| | TRUSTEE'S CLAIM NO: 28<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT<br>FOR DIRECTV<br>MAIL STATION N387<br>2230E IMPERIAL HWY<br>EL SEGUNDO, CA  90245 | **$293.75**<br>DATE FILED: 02/14/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1602**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 29<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 11 |

TOTAL                                                                 $264,885.03

The Trustee proposes to pay on such claims unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

05/14/2014          SR
DATE            INITIALS

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

cc: HENRY E. HILDEBRAND, III
    DAINON TARQUINIUS SIDNEY
    605 LAKEMEADE POINTE
    OLD HICKORY, TN  37138

MARIA M SALAS AT SALAS LAW GROUP, PLLC
33 MUSIC SQUARE WEST STE 100 A
NASHVILLE, TN  37203