IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| DAINON TARQUINIUS SIDNEY ) | CASE NO: 313-09063 |
| SSN: XXX-XX-7845 ) | JUDGE: LUNDIN |
| 605 Lakemeade Pointe ) | |
| Old Hickory, TN 37138 ) | |
| ) | |
| Debtor ) | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: June 11, 2014**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: June 25, 2014** *at 8:30 a.m. Courtroom 1, Customs House, 701 Broadway, Nashville, Tennessee 37203.*

### DEBTOR'S RESPONSE IN OPPOSITION TO TRUSTEE'S MOTION TO DISMISS FOR CAUSE, FOR FAILURE TO DISCLOSE LIABILITIES

Comes the debtor, through counsel, Salas Law Group, PLLC, and submits this response in opposition to the Trustee's motion to dismiss for cause for failure to disclose liabilities. Debtor's counsel has filed on his behalf an objection to the claim of SunTrust Bank. This claim is the basis for the Trustee's motion to dismiss, and debtor submits that resolution of the claim objection is dispositive as to the motion to dismiss.

**WHEREFORE, PREMISES CONSIDERED,** debtor requests that the trustee's motion to dismiss be denied.

Respectfully Submitted,
*/s/ Maria M. Salas*
Maria M. Salas #015646
Salas Law Group, PLLC
Attorney for Debtor(s)
33 Music Square W, Suite 100A
Nashville, TN 37203
(615) 244-6246 (telephone)
(615) 386-3708 (facsimile)
notice@salaslawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | CHAPTER | 13 |
| DAINON TARQUINIUS SIDNEY | ) | CASE NO: | 313-09063 |
| SSN: XXX-XX-7845 | ) | JUDGE: | LUNDIN |
| 605 Lakemeade Pointe | ) | | |
| Old Hickory, TN 37138 | ) | | |
| | ) | | |
| Debtor | ) | | |

CERTIFICATE OF SERVICE

I certify that on this 4th day of June, 2014, I served a copy of the foregoing to the Office of the Chapter 13 Trustee, P.O. Box 340019, Nashville, TN 37203; to the Office of the U.S. Trustee, Customs House, 701 Broadway, Nashville, TN 37203; and to the debtor(s) at the above referenced address.

*/s/Maria M. Salas*
Maria M. Salas