B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT
Middle District of Tennessee

In re Dainon Tarquinius Sidney,  
    Debtor

Case No. 13-09063-KML  
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company As Trustee For Indymac INDX Mortgage Loan Trust 2005-AR23, Mortgage Pass-Through Certificates Series 2005-AR23

**Court claim no. (if known):** 3

**Last four digits** of any number you use to identify the debtor's account: xxxxxx0876  W&A 725-243990

**Date of payment change:** 04/01/14  
    mm/dd/yy  
Must be at least 21 days after the date of this notice.

**New total payment:** $ 1,980.30  
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**  
X No  
☐ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ _____    **New escrow payment:** $ _____

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**  
☐ No  
X Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why : _____

Current interest rate: 2.625%    New interest rate: 2.625%  
Current principal and interest payment: $ 1,306.45    New principal and interest payment: $ 1,302.34

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**  
X No  
☐ Yes    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

B 10S1 (Supplement 1) (12/11)

## Part 4: Sign Here

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.**

**Check the appropriate box.**
❏ I am the creditor.     ❏ I am the creditor's authorized agent.
            (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

*/s/ Michael N. Wennerlund*     **Date**  06/11/2014
Signature                                                        mm/dd/yyyy

**Print:**  Michael G. Clifford / Michael N. Wennerlund
**Title**  **Attorney for Ocwen Loan Servicing, LLC, as servicer for Deutsche Bank National Trust Company As Trustee For Indymac INDX Mortgage Loan Trust 2005-AR23, Mortgage Pass-Through Certificates Series 2005-AR23**

**Company:**  **Wilson & Associates, PLLC**

**Address:**  Creekside Crossing III
              8 Cadillac Drive, Suite 120
              Brentwood, Tennessee 37027

**Contact phone:** (615)255-9388      **Email:**  mclifford / mwennerlund@wilson-assoc.com

# CERTIFICATE OF SERVICE

On June 11, 2014 a copy of the foregoing was served via electronic mail, hand delivery, facsimile or United States Mail, postage prepaid, upon the parties listed below.

*/s/ Michael N. Wennerlund*
Michael G. Clifford (028691)
Michael N. Wennerlund (031332)

## NAMES AND ADDRESSES OF ENTITIES SERVED:

Maria M. Salas
Attorney at Law
33 Music Square West
Suite 100A
Nashville, TN  37203

Henry Edward Hildebrand, III
Trustee
P.O. Box 340019
Nashville, TN  37203-0019

## NAMES AND ADDRESSES OF ENTITIES SERVED BY UNITED STATES MAIL:

Dainon Tarquinius Sidney
Debtors
605 Lakemeade Pointe
Old Hickory, TN  37138

W&A No. 725-243990 / Loan No. xxxxxx0876