IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | CHAPTER | 13 |
| DAINON TARQUINIUS SIDNEY | ) | CASE NO: | 313-09063 |
| SSN: XXX-XX-7845 | ) | JUDGE: | LUNDIN |
| 605 Lakemeade Pointe | ) | | |
| Old Hickory, TN 37138 | ) | | |
| | ) | | |
| Debtor | ) | | |

ORDER DENYING TRUSTEE'S MOTION TO DISMISS

This matter came before the court on June 25, 2014 upon the Trustee's motion to dismiss Chapter 13 case for cause for failure to disclose liabilities. At the call of the docket, it was announced that the motion to dismiss could be denied as the SunTrust Bank claim that was the basis for the trustee's motion to dismiss has been amended. Accordingly, the Trustee's motion to dismiss is hereby denied.

This order was signed and entered electronically as indicated at the top of the page.

APPROVED FOR ENTRY:

*/s/ Maria M. Salas*
Maria M. Salas #015646
Salas Law Group, PLLC
Attorney for Debtor(s)
33 Music Square W, Suite 100A
Nashville, TN 37203
(615) 244-6246 (telephone)
(615) 386-3708 (facsimile)
notice@salaslawgroup.com

CERTIFICATE OF SERVICE

       I certify that on this 11th day of July, 2014, I mailed/emailed a copy of the foregoing to the Office of the Chapter 13 Trustee, P.O. Box 340019, Nashville, TN 37203; to the Office of the U.S. Trustee, Customs House, 701 Broadway, Nashville, TN 37203; and to the debtor(s) at the above referenced address.

                                               */s/ Maria M. Salas*
                                               Maria M. Salas