```
                                            _____
                                                   Keith M. Lundin
                                                 U.S. Bankruptcy Judge
```
Dated: 9/4/2014



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

DAINON TARQUINIUS SIDNEY                              13-09063-KL3-13
605 LAKEMEADE POINTE
OLD HICKORY, TN  37138                                9/4/2014

SSN XXX-XX-7845

**ORDER DISMISSING CHAPTER 13 CASE**

   The above referenced Chapter 13 case was before this Court on the Trustee's application for dismissal for noncompliance. By previous order of this Court, this case was allowed to continue on the condition that the debtor(s) comply with all provisions for payment into the plan.

   The Trustee hereby informs the Court that the condition specified in the Court's previous order has not been met.

   It appearing to the Court that the above referenced Chapter 13 case is subject to immediate dismissal pursuant to prior orders of this Court;

   THEREFORE, IT IS ORDERED, that the above-referenced Chapter 13 case is dismissed .

   IT IS FURTHER ORDERED, that in the event the Trustee has not received funds sufficient to pay the required filing fee and if that fee has not otherwise been paid, the debtor shall immediately transmit that amount to the Clerk of the Bankruptcy Court. In no event shall the debtor fail to make this payment later than thirty (30) days from the date of this order.

   IT IS FURTHER ORDERED, that the entities listed below from whom the debtor received income, be relieved from prior order of this Court to deduct funds from payments to be made to the debtor(s).

      MATTHEW WALKER COMPRE
      DIRECT PAY

                                    THIS ORDER WAS SIGNED AND ENTERED
                                    ELECTRONICALLY AS INDICATED AT THE
                                    TOP OF THE FIRST PAGE.
APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX:  615-242-3241
pleadings@ch13nsh.com

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.